UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONGHUI LI,<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER,<br>Respondent. | No. 1:26-cv-03405-DAD-CKD (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENT'S MOTION TO DISMISS, AND DISMISSING THE PETITION<br><br>(Doc. Nos. 7, 11) |

Petitioner Longhui Li is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 15, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be dismissed and respondent's motion to dismiss (Doc. No. 7) be granted. (Doc. No. 11.) Specifically, the magistrate judge found that respondent conceded that petitioner could request a custody redetermination before an immigration judge pursuant to 8 U.S.C. § 1226(a), found that petitioner had made such a request but withdrew the request prior to the bond hearing being held, and the petitioner had not since renewed the request. (*Id.* at 2–4.) The magistrate judge then concluded that petitioner had failed to exhaust his available administrative remedies by not requesting a

bond hearing and that such a request was not futile in light of respondent's concession that petitioner could request a custody redetermination before an immigration judge pursuant to 8 U.S.C. § 1226(a). (*Id.* at 3–4.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 4.) To date, no party has filed objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on June 15, 2026 (Doc. No. 11) are ADOPTED IN FULL;
2. Respondent's motion to dismiss (Doc. No. 7) is GRANTED;
3. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is DISMISSED without prejudice to its renewal following petitioner's exhaustion of his administrative remedies by requesting and being provided with a bond hearing; and
4. The Clerk of the Court is directed to enter judgment in favor of respondent and close this case.

IT IS SO ORDERED.

Dated: **July 14, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE